# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTINE JERMYN,
Appellant,
vs.
PROGRESS RESIDENTIAL
BORROWER 4 LLC,
Respondent.

No. 84976

FILED

AUG 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on July 7, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). The filing fee was due when the notice of appeal was filed. Accordingly, on July 7, 2022, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. On August 8, 2022, the notice was returned to this court as undeliverable and unable to be forwarded. To date, appellant has not paid the required filing fee. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Tara D. Clark Newberry, District Judge
Christine Jermyn
Law Offices of Scott M. Clark, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-25546